(127 So. 920)
## Lum GRIGGS v. STATE.
### 4 Div. 552.

Court of Appeals of Alabama.
April 8, 1930.

SAMFORD, J.
Appeal dismissed.

(125 So. 921)
## Eddie GROOMS v. STATE. (1 Div. 914.)

Court of Appeals of Alabama. Dec. 17, 1929.

PER CURIAM. Appeal dismissed on motion of appellant.

(122 So. 922)
## Tillman GROSS, Jr., alias, etc., v. STATE.
### (3 Div. 616.)

Court of Appeals of Alabama. May 14, 1929.

BRICKEN, P. J. Appeal dismissed.

(125 So. 921)
## Lando GUIN v. STATE. (6 Div. 566.)

Court of Appeals of Alabama. Dec. 10, 1929.

BRICKEN, P. J. Appeal dismissed.

(125 So. 921)
## Lonnie GUNN v. STATE. (7 Div. 627.)

Court of Appeals of Alabama. Jan. 21, 1930.

BRICKEN, P. J. Appeal dismissed.

(122 So. 923)
## Abraham GUSTIN v. CITY OF BIRMINGHAM. (6 Div. 540.)

Court of Appeals of Alabama. April 30, 1929.

BRICKEN, P. J. Affirmed.

(119 So. 921)
## Harry Miller HAFLEY v. STATE.
### (6 Div. 489.)

Court of Appeals of Alabama. Dec. 11, 1928.

RICE, J. Affirmed.

(119 So. 921)
## Earsline HALL v. STATE. (6 Div. 473.)

Court of Appeals of Alabama. Jan. 8, 1929.

SAMFORD, J. Affirmed.

(119 So. 921)
## Ed HALL v. STATE. (3 Div. 590.)

Court of Appeals of Alabama. Jan. 22, 1929.

Hybart, Hare & Dickey, of Evergreen, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J. Defendant was convicted on a charge of violating the prohibition law. The evidence in this case presents some suspicious circumstances, but, bearing in mind the rule that rests upon the state to prove every material ingredient of the offense by the evidence beyond a reasonable doubt, the court is of opinion that the state has not met this burden, and that the motion of the defendant for a new trial should have been granted. Let the judgment be reversed, and the cause remanded.